ANNUAL STATEMENT FOR THE YEAR 2024 OF THE FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY

# SCHEDULE Y – INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP

## PART 1 – ORGANIZATIONAL CHART

