# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### (CENTRAL DIVISION)

| | |
|---|---|
| JAMES ("JIM") NEWTON, II, an individual; and BRENT MESKIMEN, an individual,<br><br>　　Plaintiffs,<br><br>v.<br><br>PAUL SWINTON, an individual; RONALD ("RON") MEAD, JR., an individual; DANIEL ("DAN") PITCHER, an individual; ANTHONY ("TONY") KIMMI, an individual; MARK WICKHAM, an individual; KARL OLSON, an individual; KAREN RIECK, an individual; WICKHAM & GEADELMANN, P.L.L.C., an Iowa professional limited liability company; FBL FINANCIAL GROUP, INC. (d/b/a FBL FINANCIAL GROUP and FARM BUREAU FINANCIAL SERVICES), a corporation; and FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY (formerly d/b/a IOWA FARM MUTUAL INSURANCE COMPANY and FARM BUREAU MUTUAL INSURANCE COMPANY), a corporation,<br><br>　　Defendants. | Case No. 4:25-cv-00453-SMR-HCA<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF WITH ATTACHED COMBINED RESISTANCE TO FARM BUREAU DEFENDANTS' MOTION FOR SANCTIONS DUE TO PLAINTIFFS' IMPROPER DISCLOSURE OF ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS AND FARM BUREAU DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR SANCTIONS DUE TO PLAINTIFFS' IMPROPER DISCLOSURE OF ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS**<br><br>**<u>EXPEDITED RELIEF REQUESTED</u>** |

　　COME NOW Plaintiffs James ("Jim") Newton, II, and Brent Meskimen ("Plaintiffs"), by and through undersigned counsel, and respectfully move the Court for leave to file under seal Plaintiffs' Motion for Leave to File Overlength Brief with attached proposed Combined Resistance to Farm Bureau Defendants' Motion for Sanctions Due to Plaintiffs' Improper Disclosure of Attorney-Client Privileged Communications and Farm Bureau Defendants' Motion for Leave to File Under Seal Motion for Sanctions Due to Plaintiffs' Improper Disclosure of

1

Attorney-Client Privileged Communications; and for the filing of the Combined Resistance under seal after the Court's ruling on the Motion for Leave to File Overlength Brief, and in support thereof state as follows:

1. On November 25, 2025, the Farm Bureau Defendants filed their Motion for Leave to File Under Seal Motion for Sanctions Due to Plaintiffs' Improper Disclosure of Attorney-Client Privileged Communications (*ECF No. 3*).

2. That same date, November 25, 2025, the Court entered a Text Order conditionally granting Defendants' Motion for Leave to File Under Seal and directing that the Court would conduct further review after Plaintiffs filed a response (*ECF No. 4*).

3. In accordance with that Text Order, the Farm Bureau Defendants filed their Motion for Sanctions Due to Plaintiffs' Improper Disclosure of Attorney-Client Privileged Communications and accompanying Brief under seal (*ECF No. 6*).

4. On December 3, 2025, Plaintiffs filed a Motion for Extension of Time to respond the Farm Bureau Defendants' Motion for Sanctions (*ECF No.* 11). Plaintiffs' Motion for Extension noted Defendants agreed to the proposed extension of time until January 8, 2026, if Plaintiffs would agree to a Joint Motion to Seal the Complaint pending resolution on the Farm Bureau Defendants' Motion for Sanctions. *Id*.

5. On December 4, 2025, the Court entered a Text Order "temporarily maintaining the complaint under seal pending the filing of a motion to keep the complaint sealed until the Court rules on [6] Defendants' Sealed Motion for Sanctions." (*ECF No. 13*).

6. On December 4, 2025, the Court also granted Plaintiffs' motion to extend deadlines and expressly authorized Plaintiffs to file a combined response addressing both the Motion for Sanctions and the Motion for Leave to File Under Seal (*ECF No. 12*).

7. On December 30, 2025, the Parties jointly filed a Joint Motion to Seal Complaint Pending Resolution of Defendants' Motion for Sanctions (*ECF No. 21*). That joint motion expressly acknowledged their prior agreement to temporarily keep the Complaint under seal pending resolution of the Farm Bureau Defendants' Motion for Sanctions.

8. Later that same day, the Court entered a Text Order granting the Joint Motion to Seal (*ECF No. 22*), ordering that the Complaint "shall be maintained under seal pending resolution of [the] Motion for Sanctions." (*ECF No. 22*).

9. Consistent with the Court's Order of December 4, 2025 granting Plaintiffs' motion to extend the deadlines for resisting the Farm Bureau Defendants' pending motions (*ECF No.* 12), Plaintiffs have prepared a single, Combined Resistance addressing both motions, as the issues raised by the Farm Bureau Defendants are factually and legally intertwined.

10. Plaintiffs' Combined Resistance necessarily discusses and references the same categories of materials that are presently subject to the Court's sealing orders, including materials Defendants themselves filed under seal and materials the Court has expressly ordered to remain temporarily sealed pending resolution of the Motion for Sanctions.

11. Filing Plaintiffs' Combined Resistance on the public docket would be inconsistent with the Court's existing sealing orders and would undermine the very status quo those orders were designed to preserve.

12. Plaintiffs do <u>not</u> concede and vigorously deny that any material referenced in their Combined Resistance is attorney-client privileged, improperly disclosed, or subject to permanent sealing. Plaintiffs seek leave to file under seal solely to comply with the Court's existing orders and to ensure a complete and accurate response to Defendants' motions.

13. To adequately addressed the issues raised by Defendants' Motion for Sanctions, Plaintiffs anticipate filing a Motion for Leave to File an Overlength Brief to which the Combined Resistance will be attached, which should also be filed under seal in conformance with the intent of the Court's prior orders in this case.

14. The relief requested is narrowly tailored. Plaintiffs seek leave to file under seal only their Motion for Leave to File an Overlength Brief with the attached proposed Combined Resistance and any exhibits thereto that reference materials currently subject to sealing. Plaintiffs do not seek to seal the action as a whole or any unrelated filings.

15. Pursuant to Local Rule 7(k), Plaintiffs' counsel has conferred with counsel for the Farm Bureau Defendants. Defendants have previously taken—and continue to take—the position that filings addressing these issues should remain under seal pending resolution of the Motion for Sanctions.

**WHEREFORE**

Plaintiffs respectfully request that the Court enter an order:

1. **Granting Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Motion for Leave to File Overlength Brief With Attached Combined Resistance to Farm Bureau Defendants' Motion for Sanctions Due to Plaintiffs' Improper Disclosure of Attorney-Client Privileged Communications and Farm Bureau Defendants' Motion for Leave to File Under Seal Motion for Sanctions Due to Plaintiffs' Improper Disclosure of Attorney-Client Privileged Communications in its entirety; and**

2. **Granting such other and further relief as the Court deems just and equitable.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: | /s/ Stuart L. Higgins<br>Stuart L. Higgins        AT0010945<br>HIGGINS LAW FIRM, P.L.L.C.<br>701 13th Street, Suite 1<br>West Des Moines, IA 50265<br>Telephone: (515) 619-9148<br>Facsimile: (515) 777-1127<br>E-mail: Stuart@higginslawiowa.com |
|  | /s/ Justin K. Swaim<br>Justin K. Swaim        AT0007788<br>SWAIM LAW FIRM, P.L.L.C<br>701 13th Street, Suite 2<br>West Des Moines, IA 50265<br>Telephone: (515) 305-1412<br>Facsimile:  (515) 864-0185<br>E-mail: justin@swaimlawfirm.com |
|  | *ATTORNEYS FOR PLAINTIFFS* |

Original Electronically Filed via CM/ECF.

### CERTIFICATE OF SERVICE

I hereby certify that on **January 7, 2026**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this action including the following counsel for the Farm Bureau Defendants:

Sarah K. Franklin
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500

Facsimile: (515) 243-0654
Email: **sarah.franklin@dentons.com**

Spencer M. Willems
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: **spencer.willems@dentons.com**

Brian P. Baggott
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
Email: **brian.baggott@dentons.com**

Christopher Helt
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2654
Facsimile: (816) 531-7545
Email: **christopher.helt@dentons.com**

**ATTORNEYS FOR DEFENDANTS
FBL FINANCIAL GROUP, INC. AND
FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY**

**/s/Stuart L. Higgins**
Stuart L. Higgins