IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES ("JIM") NEWTON, II and BRENT MESKIMEN,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL SWINTON, et al.,<br><br>Defendants. | CASE NO. 4:25-cv-00453-SMR-HCA<br><br><br><br>DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)<br><br>**ORAL ARGUMENTS REQUESTED** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Paul Swinton, Ronald Mead, Jr., Daniel Pitcher, Anthony Kimmi, Mark Wickham, Karl Olson, Karen Rieck, Wickham & Geadelmann, P.L.L.C., FBL Financial Group, Inc. ("FBL"), and Farm Bureau Property & Casualty Insurance Company (collectively, "Defendants") hereby move for dismissal with prejudice of Plaintiffs' Complaint.

Plaintiffs' Complaint fails to state a viable claim for relief. Despite littering their Complaint with allegations of RICO violations, Plaintiffs lack standing to assert such claims, not to mention the fact that the claims are reverse pre-empted by the McCarran-Ferguson Act, 15 U.S.C. § 1012. Additionally, the predicate acts on which Plaintiffs base their RICO claims lack continuity for all Defendants and, for several other Defendants, are so dissimilar that they cannot constitute a pattern of racketeering. Without an underlying claim for a violation of RICO, Plaintiffs' second claim for a RICO conspiracy claim automatically fails and, in any event, fails to even properly plead a conspiracy as to Defendants Pitcher and Mead.

Plaintiffs' third claim—for wrongful discharge in violation of Iowa public policy—is similarly deficient. Plaintiffs have failed to identify or plead any clearly defined and well-

recognized public policy that could support such a claim. And even if they have, Plaintiffs' allegations fail to show that their terminations would undermine any such policy.

Given the complex issues involved in the Motion to Dismiss, Defendants respectfully request this matter be set for oral arguments.

WHEREFORE, Defendants respectfully request that this Court enter an order dismissing Plaintiffs' Complaint in its entirety or, in the alternative, dismissing Plaintiffs' Complaint in part as to the individual defendants and particular claims as set forth in Defendants' Memorandum in Support, and granting such other relief as the Court deems just and proper.

Respectfully submitted,

/s/Sarah K. Franklin
Sarah K. Franklin, AT0009630
Spencer Willems, AT0014087
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: 515-288-2500
Facsimile: 515-243-0654
E-mail: sarah.franklin@dentons.com
E-mail: spencer.willems@dentons.com

Brian P. Baggott, KS Bar No. 26364
Christopher Helt, KS Bar No. 28195
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
Telephone: 816-460-2654
Email: Brian.Baggott@dentons.com
Email: Christopher.Helt@dentons.com

ATTORNEYS FOR DEFENDANTS

3

Copy to:

Stuart L. Higgins
HIGGINS LAW FIRM, P.L.L.C.
701 13th Street, Suite 1
West Des Moines, IA 50265
Telephone: (515) 619-9148
Facsimile: (515) 777-1127
E-mail: Stuart@higginslawiowa.com

Justin K. Swaim
SWAIM LAW FIRM, P.L.L.C
701 13th Street, Suite 2
West Des Moines, IA 50265
Telephone: (515) 305-1412
Facsimile: (515) 864-0185
E-mail: justin@swaimlawfirm.com

ATTORNEYS FOR PLAINTIFFS

| **PROOF OF SERVICE** |
| --- |
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 16, 2026, by: |
| __ U.S. Mail              __ FAX
__ Hand Delivered    __ Overnight Courier
__ E-mail                  X  CM/ECF |
| Signature:  /s/Sarah K. Franklin |

132066266