IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| JAMES ("JIM") NEWTON, II, an individual; and BRENT MESKIMEN, an individual, <br><br> Plaintiffs, <br><br> v. <br> PAUL SWINTON, an individual; RONALD ("RON") MEAD, JR., an individual; DANIEL ("DAN") PITCHER, an individual; ANTHONY ("TONY") KIMMI, an individual; MARK WICKHAM, an individual; KARL OLSON, an individual; KAREN RIECK, an individual; WICKHAM & GEADELMANN, P.L.L.C., an Iowa professional limited liability company; FBL FINANCIAL GROUP, INC. (d/b/a FBL FINANCIAL GROUP and, FARM BUREAU FINANCIAL SERVICES a corporation; and FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY (formerly d/b/a IOWA FARM MUTUAL INSURANCE COMPANY and FARM BUREAU MUTUAL INSURANCE COMPANY), a corporation, <br><br> Defendants. | Case No. 4:25-cv-00453-SMR-HCA <br><br><br><br><br> **PLAINTIFFS' STATUS REPORT REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY DEMAND** |

**COME NOW** Plaintiffs James ("Jim") Newton, II, and Brent Meskimen ("Plaintiffs"),

by and through undersigned counsel, and provide the following status report regarding the status

of the Plaintiffs' First Amended Complaint and Jury Demand:

Plaintiffs report to the Court and opposing counsel that the proposed First Amended

Complaint and Jury Demand to which Plaintiffs referred during the Scheduling Conference on

1

April 28, 2026, is near completion, and Plaintiffs contemplate filing the motion for leave to amend within a week.

Respectfully submitted,

By:     /s/ Stuart L. Higgins
Stuart L. Higgins     AT0010945
HIGGINS LAW FIRM, P.L.L.C.
701 13th Street, Suite 1
West Des Moines, IA 50265
Telephone: (515) 619-9148
Facsimile: (515) 777-1127
E-mail: Stuart@higginslawiowa.com

/s/ Justin K. Swaim
Justin K. Swaim     AT0007788
SWAIM LAW FIRM, P.L.L.C
701 13th Street, Suite 2
West Des Moines, IA 50265
Telephone: (515) 305-1412
Facsimile:  (515) 864-0185
E-mail: justin@swaimlawfirm.com

*ATTORNEYS FOR PLAINTIFFS*

Original Electronically Filed via CM/ECF.

## CERTIFICATE OF SERVICE

I hereby certify that on **June 18, 2026**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this action including the following counsel for the Farm Bureau Defendants:

Sarah K. Franklin
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: **sarah.franklin@dentons.com**

Spencer M. Willems
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: **spencer.willems@dentons.com**

Brian P. Baggott
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
Email: **brian.baggott@dentons.com**

Christopher Helt
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2654
Facsimile: (816) 531-7545
Email: **christopher.helt@dentons.com**

**ATTORNEYS FOR DEFENDANTS
FBL FINANCIAL GROUP, INC. AND
FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY**

**/s/ Stuart L. Higgins**
Stuart L. Higgins