**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| JAMES ("JIM") NEWTON, II and BRENT MESKIMEN,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL SWINTON, et al.,<br><br>    Defendants. | CASE NO.   4:25-cv-00453-SMR-HCA |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Defendants' Rule 26(a)(1) Initial Disclosures were served by email upon the following counsel of record on June 19, 2026:

Stuart L. Higgins
HIGGINS LAW FIRM, P.L.L.C.
701 13th Street, Suite 1
West Des Moines, IA 50265
E-mail: Stuart@higginslawiowa.com

*Attorneys for Plaintiff*

Justin K. Swaim
SWAIM LAW FIRM, P.L.L.C.
701 13th Street, Suite 2
West Des Moines, IA 50265
E-mail: justin@swaimlawfirm.com

*Attorneys for Plaintiff*

Dated: June 22, 2026

Respectfully submitted,

*/s/ Sarah K. Franklin*
Sarah K. Franklin, AT0009630
Spencer Willems, AT0014087
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Ste. 1300
Des Moines, Iowa  50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: sarah.franklin@dentons.com
Email: spencer.willems@dentons.com

Brian P. Baggott, KS Bar No. 26364 (*admitted pro hac vice*)
Christopher Helt, KS Bar No. 28195 (*admitted pro hac vice*)
DENTONS US LLP
4520 Main Street, Ste. 1100
Kansas City, Missouri 64111
Telephone:  (816)460-2400
Facsimile:  (816) 531-7545
Email:  brian.baggott@dentons.com
Email:  christopher.helt@dentons.com

ATTORNEYS FOR DEFENDANTS

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 22nd day of June, 2026, a true and correct copy of the above and foregoing was e-filed with the Court's CM/ECF electronic filing system, which provided notice to all parties who have entered an appearance in this action.

*/s/Sarah K. Franklin*
Attorney for Defendants