IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| JAMES ("JIM") NEWTON, II, an individual; and BRENT MESKIMEN, an individual, <br><br> Plaintiffs, <br><br> v. <br> PAUL SWINTON, an individual; RONALD ("RON") MEAD, JR., an individual; DANIEL ("DAN") PITCHER, an individual; ANTHONY ("TONY") KIMMI, an individual; MARK WICKHAM, an individual; KARL OLSON, an individual; KAREN RIECK, an individual; WICKHAM & GEADELMANN, P.L.L.C., an Iowa professional limited liability company; FBL FINANCIAL GROUP, INC. (d/b/a FBL FINANCIAL GROUP and, FARM BUREAU FINANCIAL SERVICES a corporation; and FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY (formerly d/b/a IOWA FARM MUTUAL INSURANCE COMPANY and FARM BUREAU MUTUAL INSURANCE COMPANY), a corporation, <br><br> Defendants. | Case No. 4:25-cv-00453-SMR-HCA <br><br><br><br> **PLAINTIFFS' <u>UNRESISTED</u> MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' <u>UNRESISTED</u> MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT AND JURY DEMAND** <br><br><br> **<u>EXPEDITED RELIEF REQUESTED</u>** |

**COME NOW** Plaintiffs James ("Jim") Newton, II, and Brent Meskimen ("Plaintiffs"), by and through undersigned counsel, and, respectfully move the Court for leave to file under seal Plaintiffs' <u>Unresisted</u> Motion for Leave to Amend Plaintiffs' Complaint and Jury Demand (and attachments); and for the filing of Plaintiffs' <u>Unresisted</u> Motion for Leave to Amend Plaintiffs' Complaint and Jury Demand (and attachments) under seal so the parties can attempt to negotiate

1

appropriate redactions consistent with this Court's prior ruling ordering redactions until such time as a final determination is made.  In support of this Motion, Plaintiffs state as follows:

1. In an effort to ensure compliance with the Court's prior sealing and redaction orders, Plaintiffs are temporarily requesting that Plaintiffs' <u>Unresisted</u> Motion for Leave to Amend Plaintiffs' Complaint and Jury Demand (and attachments) also be temporarily filed under seal while the parties attempt to negotiate appropriate redactions consistent with the Court's prior sealing and redaction orders until such time as this Court ultimately determines whether the filings in this case should be sealed or any redactions made permanent.

2. Defendants agree that these materials should be filed under seal initially with later agreed-upon redactions.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' <u>Unresisted</u> Motion for Leave to Amend Plaintiffs' Complaint and Jury Demand in its entirety.  **This request is unopposed**.  Plaintiffs further request such alternative or other relief as the Court deems equitable, fair, just, and appropriate.

Respectfully submitted,

By:  <u>/s/  Stuart L. Higgins</u>
Stuart L. Higgins        AT0010945
HIGGINS LAW FIRM, P.L.L.C.
701 13th Street, Suite 1
West Des Moines, IA 50265
Telephone: (515) 619-9148
Facsimile: (515) 777-1127
E-mail: Stuart@higginslawiowa.com

2

/s/  Justin K. Swaim
Justin K. Swaim          AT0007788
SWAIM LAW FIRM, P.L.L.C
701 13th Street, Suite 2
West Des Moines, IA 50265
Telephone: (515) 305-1412
Facsimile:  (515) 864-0185
E-mail: justin@swaimlawfirm.com


*ATTORNEYS FOR PLAINTIFFS*


Original Electronically Filed via CM/ECF.


## CERTIFICATE OF SERVICE

I hereby certify that on **July 6, 2026**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this action including the following counsel for the Farm Bureau Defendants:

Sarah K. Franklin
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: **sarah.franklin@dentons.com**

Spencer M. Willems
DENTONS DAVIS BROWN PC
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: **spencer.willems@dentons.com**

Brian P. Baggott
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
Email: **brian.baggott@dentons.com**

Christopher Helt
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2654
Facsimile: (816) 531-7545
Email: **christopher.helt@dentons.com**

**ATTORNEYS FOR DEFENDANTS**
**FBL FINANCIAL GROUP, INC. AND**
**FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY**

**/s/ Stuart L. Higgins**
Stuart L. Higgins