UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES ("JIM") NEWTON, II, an individual; and BRENT MESKIMEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL SWINTON, an individual; RONALD ("RON") MEAD, JR., an individual; DANIEL ("DAN") PITCHER, an individual; ANTHONY ("TONY") KIMMI, an individual; MARK WICKHAM, an individual; KARL OLSON, an individual; KAREN RIECK, an individual; WICKHAM & GEADELMANN, P.L.L.C., an Iowa professional limited liability company; FBL FINANCIAL GROUP, INC. (d/b/a FBL FINANCIAL GROUP and, FARM BUREAU FINANCIAL SERVICES a corporation; and FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY (formerly d/b/a IOWA FARM MUTUAL INSURANCE COMPANY and FARM BUREAU MUTUAL INSURANCE COMPANY), a corporation,<br><br>Defendants. | CASE NO. 4:25-cv-00453-SMR-HCA<br><br>**JOINT STATUS REPORT** |

COME NOW the Parties, Plaintiffs James ("Jim") Newton, II, an individual, Brent Meskimen, an individual, and Defendants Paul Swinton, Ronald Mead, Jr., Daniel Pitcher, Anthony Kimmi, Mark Wickham, Karl Olson, Karen Rieck, Wickham & Geadelmann, P.L.L.C., FBL Financial Group, Inc., and Farm Bureau Property & Casualty Insurance Company (hereinafter collectively "the Parties") and respectively submit this Joint Status Report pursuant to the Court's April 28, 2026 Order Setting Status Conferences (ECF 66).

1. The Parties have conferred and respectfully request the opportunity to speak with the Court at the September 2, 2026 status conference regarding Plaintiffs' recent amendment of their Complaint, Defendants' new Motion to Dismiss addressing the Amended Complaint currently being briefed, and the case deadlines as set by the Court's Scheduling and Discovery Plan entered on April 28, 2026, Order (ECF 65).

Respectfully submitted,

/s/Sarah K. Franklin
Sarah K. Franklin, AT0009630
Spencer Willems, AT0014087
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: 515-288-2500
Facsimile: 515-243-0654
E-mail: sarah.franklin@dentons.com
E-mail: spencer.willems@dentons.com

Brian P. Baggott, KS Bar No. 26364
Christopher Helt, KS Bar No. 28195
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
Telephone: 816-460-2654
Email: Brian.Baggott@dentons.com
Email: Christopher.Helt@dentons.com

ATTORNEYS FOR DEFENDANTS

/s/Stuart L. Higgins
Stuart L. Higgins
HIGGINS LAW FIRM, P.L.L.C.
701 13th Street, Suite 1
West Des Moines, IA 50265
Telephone: (515) 619-9148
Facsimile: (515) 777-1127
E-mail: Stuart@higginslawiowa.com

Justin K. Swaim
SWAIM LAW FIRM, P.L.L.C
701 13th Street, Suite 2
West Des Moines, IA 50265
Telephone: (515) 305-1412
Facsimile: (515) 864-0185
E-mail: justin@swaimlawfirm.com

ATTORNEYS FOR PLAINTIFFS