Exhibit 1



## Newton et al v. Swinton et al - Plaintiffs' Requests for Production of Documents

1 message

**Stuart Higgins** <stuart@higginslawiowa.com> Mon, Aug 31, 2026 at 8:55 AM
To: "Franklin, Sarah" <sarah.franklin@dentons.com>, "Baggott, Brian P." <brian.baggott@dentons.com>, "Willems, Spencer" <spencer.willems@dentons.com>, "Helt, Christopher" <christopher.helt@dentons.com>
Cc: Justin Swaim <justin@swaimlawfirm.com>, Candace Davis <candace@higginslawiowa.com>

Counsel:

As we discussed on Tuesday during our phone conference, we believe we need to move forward with discovery in this case. Given your prior filings and indications in our brief conversations regarding the assertion of attorney-client privilege and/or attorney work product, we anticipate potential disagreements or disputes regarding discovery in this matter. To meet the deadlines set in the Court's Trial Scheduling Order, we need to develop these discovery disputes and bring them before the Court for resolution as soon as possible. While we may, ultimately, need to request extensions, we must make good faith efforts to meet the deadlines and be in a position to request reasonable extensions. To that end, we have attached the following written discovery requests:

1. Plaintiffs' First Set of Document Production Requests to Defendants Swinton, Mead, Pitcher, Kimmi, Wickham, Olson, Rieck, and Wickham & Geadelmann, P.L.L.C.;
2. Plaintiffs' First Set of Document Production Requests to Defendant FBL Financial Group, Inc.; and
3. Plaintiffs' First Set of Document Production Requests to Defendant Farm Bureau Property & Casualty Insurance Company.

We look forward to working with you to move this case forward to resolution. Thank you.

Best,

--
Stuart L. Higgins, Esq.
Higgins Law Firm, PLLC
701 13th Street, Suite 1
West Des Moines, Iowa 50265
(515) 619-9148

HIGGINS LAW FIRM PLLC

WARNING: The information contained in this e-mail (including any attachments) is intended solely for its authorized recipient(s) and may contain CONFIDENTIAL AND PRIVILEGED information such as an attorney-client communication. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are notified that you are strictly prohibited from reading, copying, printing, distributing or disclosing any of the information contained in it. In that event, please contact us immediately by telephone 515-619-9148 or by e-mail at stuart@higginslawiowa.com and delete the original and all copies of this transmission (including any attachments) without reading or saving in any manner. If you are not the intended recipient and intentionally intercept or forward this message to someone else, you may be subject to sanctions.

**6 attachments**

**8-31-26 Plaintiffs' First Set of Document Production Requests to Defendant FBL Financial Group, Inc..pdf**
189K

**8-31-26 Plaintiffs' First Set of Document Production Requests to Defendant Farm Bureau Property & Casualty Insurance Company.pdf**
190K

**Plaintiffs' First Set of Document Production Requests to Defendant Farm Bureau Property & Casualty Insurance Company.docx**
49K

**Plaintiffs' First Set of Document Production Requests to Defendant FBL Financial Group, Inc..docx**
49K

**Plaintiffs' First Set of Document Production Requests to Defendants Swinton, Mead, Pitcher, Kimmi, Wickham, Olson, Rieck, & WG.docx**
49K

**8-31-26 Plaintiffs' First Set of Document Production Requests to Defendants Swinton, Mead, Pitcher, Kimmi, Wickham, Olson, Rieck, & WG.pdf**
191K