**Exhibit 2**

SWAIM LAW FIRM PLLC

**Justin Swaim <justin@swaimlawfirm.com>**

---

# Newton, et al v. FBL, et al

1 message

---

**Franklin, Sarah** <sarah.franklin@dentons.com> Wed, Sep 2, 2026 at 12:25 PM
To: Stuart Higgins <stuart@higginslawiowa.com>, Justin Swaim <justin@swaimlawfirm.com>
Cc: "Willems, Spencer" <spencer.willems@dentons.com>, "Helt, Christopher" <christopher.helt@dentons.com>, "Baggott, Brian P." <brian.baggott@dentons.com>

Stuart and Justin,

We intend to file a Motion to Stay Discovery pending resolution of the Motion to Dismiss or, in the alternative, motion for protective order limiting discovery and specifically staying discovery involving the individually named defendants and their personnel files/employee records.

Under the Local Rules, we are required to note whether you resist the Motion. I assume you will, but could you please let us know by the end of the day tomorrow? I am out of the office today and traveling tomorrow, but happy to schedule or coordinate call Thursday afternoon if you want to discuss.

Thanks,

Sarah

Sarah Franklin

Shareholder & General Counsel

My pronouns are: (she/her/hers)

+1 515 288 2500

sarah.franklin@dentons.com | Bio | Website

Dentons Davis Brown PC | Dentons Tower, 215 10th Street, Suite 1300, Des Moines, IA 50309

DENTONS

Our Legacy Firms | Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies