Exhibit 3

Justin Swaim <justin@swaimlawfirm.com>

## Re: Newton, et al v. FBL, et al

1 message

**Justin Swaim** <justin@swaimlawfirm.com> Thu, Sep 3, 2026 at 1:51 PM
To: "Franklin, Sarah" <sarah.franklin@dentons.com>
Cc: Stuart Higgins <stuart@higginslawiowa.com>, "Willems, Spencer" <spencer.willems@dentons.com>, "Helt, Christopher" <christopher.helt@dentons.com>, "Baggott, Brian P." <brian.baggott@dentons.com>
Bcc: Justin Swaim <justin@swaimlawfirm.com>

Sarah,

Thank you for your email. As you know, we have tried to accommodate your (Defendants') desire to stay or postpone discovery for as long as possible, but at this point, we must prioritize our clients' best interests and proceed with discovery in this case. And proceeding with discovery seems consistent with Magistrate Judge Adam's orders in this case.

As you will recall and as we have discussed, you (Defendants) conditioned your agreement to our (Plaintiffs') initial request for an extension of the deadline to file our (Plaintiffs') Resistance to your (Defendants') first Motion to Dismiss on our (Plaintiffs') agreement to postpone any discovery while the first Motion to Dismiss was pending. In response, we (Plaintiffs) agreed that discovery could be stayed pending the Court's resolution of your (Defendants') first Motion to Dismiss, so long as all other proceedings and all deadlines were also stayed pending the Court's resolution of the Motion to Dismiss. So, all of us (Defendants and Plaintiffs) filed a Joint Motion to Stay Other Proceedings and All Deadlines Pending Resolution of Defendants' Motion to Dismiss back on March 19, 2026 (ECF No. 52). However, Judge Adams entered an Order denying that Joint Motion the very next day (ECF No. 53).

And, at the time of our Scheduling Conference with Judge Adams on April 28, 2026, we believe Judge Adams was pretty clear that the Court was not in favor of staying the proceedings. Nothing has changed since that time, except additional time has now passed, we (Plaintiffs) have filed an amended complaint, and you (Defendants) have filed a new, second Motion to Dismiss. That is why all of us (Plaintiffs and Defendants) have proceeded with making Initial Disclosures in June (as required by the Court's Scheduling Order), and now Plaintiffs have proceeded with formal written discovery requests in the case. Again, this seems consistent with Judge Adams' prior direction.

In addition, as we have discussed, given your (Defendants') prior filings in the case, you (Defendants) have suggested/forshadowed that you (Defendants) will be claiming/asserting privilege and confidentiality in response to our (Plaintiffs') discovery requests in this case. This will require in camera inspection and ultimate resolution by the Court so that we (Plaintiffs) can obtain the necessary discovery. So, we need to get going on this to expedite the process.

Moreover, as we have discussed, our clients wish to move this case forward. Again, we must prioritize our clients' best interests.

Having said all that, we (Plaintiffs) are willing to work with you (Defendants) in good faith to attempt to alleviate your concerns while proceeding with discovery in the case. We (Plaintiffs) would be willing to work with you (Defendants) to attempt to come to an agreement as to a protective/confidentiality order to keep any confidential information/documents you (Defendants) produce in response to our discovery requests confidential subject to the protective order and only for use for purposes of this litigation until such time as the Court rules on any confidentiality/privilege issues. To that end, if you want to take the first stab at drafting a proposed agreed-to protective/confidentiality order and send it to us, we'll take a look and see if we can come to an agreement on one. Please let us know.

Thanks,
Justin

--

SWAIM
LAW FIRM PLLC

Justin K. Swaim

Swaim Law Firm, P.L.L.C.
701 13th Street, Suite 2
West Des Moines, IA 50265
Phone: (515) 305-1412
Fax: (515) 864-0185
Email: justin@swaimlawfirm.com
www.swaimlawfirm.com

On Wed, Sep 2, 2026 at 12:26 PM Franklin, Sarah <sarah.franklin@dentons.com> wrote:

Stuart and Justin,

We intend to file a Motion to Stay Discovery pending resolution of the Motion to Dismiss or, in the alternative, motion for protective order limiting discovery and specifically staying discovery involving the individually named defendants and their personnel files/employee records.

Under the Local Rules, we are required to note whether you resist the Motion. I assume you will, but could you please let us know by the end of the day tomorrow? I am out of the office today and traveling tomorrow, but happy to schedule or coordinate call Thursday afternoon if you want to discuss.

Thanks,

Sarah

Sarah Franklin

Shareholder & General Counsel

My pronouns are: (she/her/hers)

+1 515 288 2500

sarah.franklin@dentons.com | Bio | Website

Dentons Davis Brown PC | Dentons Tower, 215 10th Street, Suite 1300, Des Moines, IA 50309

DENTONS

Our Legacy Firms | Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

--

SWAIM
LAW FIRM P.L.L.C.

Justin K. Swaim
Swaim Law Firm, P.L.L.C.
701 13th Street, Suite 2
West Des Moines, IA 50265
Phone: (515) 305-1412
Fax: (515) 864-0185
Email: justin@swaimlawfirm.com
www.swaimlawfirm.com